**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JANIS L. DUNBAR,

                    Plaintiff,

      -against-                                   25 **CIVIL** 1957 (LLS)

                                                                      **JUDGMENT**

B.E.T. CEO ROBERT JOHNSON; N.A.A.C.P.
SCOTT X. ESDAILE; MICHAEL BLACKSON,

                   Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 9, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction and as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Fed. R. Civ. P. 12(h)(3).  The Court has denied Plaintiff's "Notice of Motion to Submit into Evidence" as moot. (ECF 5); accordingly, the case is closed.

**Dated:**  New York, New York

      June 10, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                        **Clerk of Court**

                               **BY:**      K. Mango

                                                                          **Deputy Clerk**